UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MOHAMMED YEASIN,                                            :
                                                            :
                          Plaintiff,                        :
                                                            :          22-CV-2275 (VSB)
            -against-                                       :
                                                            :          **ORDER**
THOMAS A. CIOPPA,                                           :
                                                            :
                          Defendant.                        :
                                                            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on March 21, 2022, (Doc. 1), and filed a certificate of service on March 30, 2022, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was April 19, 2022. (*See id.*) To date, Defendant has not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) and Attachment A of my Individual Rules and Practices in Civil Cases by no later than April 29, 2022. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 22, 2022
           New York, New York                   _____
                                                      VERNON S. BRODERICK
                                                      United States District Judge